**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

WENDY L. CHAPMAN                                                                                          PLAINTIFF

v.                                             No. 4:15CV00622-JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE